**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-61396-BLOOM/Valle**

JUUL LABS, INC.,

    Plaintiff,

v.

DRIPTIP VAPES LLC,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon the parties' Stipulated Motion for Stay of Proceedings, ECF No. [11] ("Motion"). The Motion represents that the same day Plaintiff filed the instant lawsuit, it also filed a related complaint with the United States International Trade Commission against Defendant under Section 337 of the Tariff Act of 1930, alleging the same issues and infringement of the same patents. ECF No. [11-1]. Title 28, United States Code, Section 1659(a) provides that

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—
>
> **(1)** 30 days after the party is named as a respondent in the proceeding before the Commission, or
> **(2)** 30 days after the district court action is filed,
>
> whichever is later.

Case No. 20-cv-61396-BLOOM/Valle

*Id.* On August 10, 2020, the ITC instituted an investigation entitled *In the Matter of Certain Vaporizer Cartridges and Components Thereof*, Inv. No. 337-TA-1211, ECF No. [11-2]. Defendant is named as a respondent in the ITC proceeding. Because the Motion is filed within thirty days of Defendant being named as a respondent in the ITC action, the requirements of 28 U.S.C. § 1659(a) are satisfied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [11]**, is **GRANTED** and the Stipulation is **APPROVED**;
2. The case is **STAYED** pending final determination of the ITC in the related action, Inv. No. 337-TA-1211;
3. The Clerk of Court is directed to **CLOSE** this matter for administrative purposes;
4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**;
5. The parties shall file a status report within fourteen (14) days of the final determination in the ITC proceeding.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 31, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 20-cv-61396-BLOOM/Valle

Copies to:

Counsel of Record

DripTip Vapes LLC
151 N. Nob Hill Rd. #115
Plantation, FL 33325

DripTip Vapes LLC
c/o Av Gavriel, Registered Agent
2750 N.E. 183rd Street #1612
Aventura, FL 33160